■ NORMAN GREENBERG, Appellant, v GARY GORDON et al., Respondents. (Appeal No. 2.) [649 NYS2d 900] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Reargument.) Present—Denman, P. J., Fallon, Wesley, Balio and Davis, JJ.

■ MARINE MIDLAND BANK, Respondent, v DAVID C. MADAY, Appellant-Respondent. ALBERT BURRUANO et al., Intervenors-Respondents-Appellants. (Appeal No. 2.) [649 NYS2d 901] —Appeals unanimously dismissed without costs (*see*, CPLR 5501 [a] [1]). (Appeals from Order of Erie County Court, Roberts, J.H.O.—Set Aside Foreclosure.) Present—Denman, P. J., Fallon, Wesley, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL J. HUNT, Appellant. [649 NYS2d 887] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Strobridge, J.—Criminal Possession Controlled Substance, 7th Degree.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL P. O'BRIEN, Appellant. [649 NYS2d 896] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON MARTIN, III, Appellant. [649 NYS2d 888] —Order unanimously affirmed for reasons stated in decision at Supreme Court, Wolfgang, J. (Appeal from Order of Supreme Court, Erie County, Wolfgang, J.—CPL art 440.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.